Martha G. Bronitsky
Chapter 13 Standing Trustee
6140 Stoneridge Mall Rd #250
Pleasanton,CA 94588-4588
(925) 621- 1900

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Reginald Franklin Boyer<br>Sara Patricia Everett-Boyer<br><br><br>debtor(s) | Chapter 13 Case No. 13-40402-MEH13<br><br>**OBJECTION TO CLAIM #28 AND NOTICE THEREOF WITH CERTIFICATE OF SERVICE** |

## OBJECTION TO CLAIM

I, Martha G. Bronitsky, Chapter 13 Standing Trustee, hereby object to the claim of:
Galway Financial Services
Attn: Officer Lisa M Doherty
3870 Peachtree Industrial Blvd #340-316
Duluth, GA  30096
(Creditor)

for any amount because claim number  28 was not filed timely, pursuant, to Bankruptcy Rule 3002(c) of the Code.

## NOTICE

NOTICE IS HEREBY GIVEN

(i) That local rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed and that any objection to the requested relief, or a request for hearing on the matter must be filed and served upon initiating party within 21 days of mailing of the notice;

(ii) That a request for a hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position,

(iii) That if there is not a timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default; and

(iv) Either: (a) That the initiating party will give at least 10 days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event any objection or request for hearing is timely made; or (b) The tentative hearing date.

/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of this document with attachments by depositing it in the United States mail with first class postage in a sealed envelope addressed to the aforementioned claimant, debtor and counsel for debtor.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Reginald Franklin Boyer
Sara Patricia Everett-Boyer
14023 Seagate Dr
San Leandro,CA 94577-6409

(Debtor(s))

Patrick L Forte Atty
1 Kaiser Plaza #480
Oakland,CA 94612

(Counsel for Debtor)

Also notify:

Check 'N Go of California, Inc.
Attn: Officer
7755 Montgomery Rd, Suite 400
Cincinnati OH 45236

Date: September 19, 2013

/s/ Tran Nguyen
Tran Nguyen

# PROOF OF CLAIM

United States Bankruptcy Court Northern CA Bankruptcy Court - Oakland

| Name of Debtor: | Galway Act Name: SARA EVERETT-BOYER | Case Number: 13-40402 |
|---|---|---|
| SARA EVERETT-BOYER | | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of a case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The Person or other entity to whom the debtor owes money or property):
GALWAY FINANCIAL SERVICES, LLC, Successor To and Assignment From:
CHECK N GO

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**Name and address where notices should be sent**
GALWAY FINANCIAL SERVICES, LLC
3870 PEACHTREE INDUSTRIAL BLVD
SUITE 340-316
DULUTH, GA. 30096
Telephone No: (404)835-2275

☑ Check box if you have never received any notices from the bankruptcy court in this case.

☑ Check box if the address differs from the address on the enveope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:
20050620000220140

Check here if this claim
☐ replaces   a previously filled claim  00/00/00
☐ amends

### 1. BASIS FOR CLAIM

|  | | Secured | Unsecured |
|---|---|---|---|
| ☐ Goods Sold | PRIN. | $0.00 | $315.00 |
| ☐ Services performed | PRE PET. | $0.00 | $0.00 |
| ☑ Money loaned | LATE CHG. | $0.00 | $0.00 |
| ☐ Person Injury/wrongful death | COST. | $0.00 | $0.00 |
| ☐ Taxes | POST PET. | $0.00 | $0.00 |
| ☐ Other: _____ | ARREAR. | $0.00 | $0.00 |

☐ Retiree benefits as defined in 11 U.S.C § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four of SS #: _____
Unpaid compensation for services performed
from _____ to _____

### 2. DATE DEBT WAS INCURRED    DATE OF LAST PURCHASE
00/00/00

### 3. IF COURT JUDGEMENT, DATE OBTAINED
00/00/00

### 4. TOTAL AMOUNT OF CLAIM AT THE TIME CASE WAS FILED:

| $315.00 | $0.00 | $0.00 | $315.00 |
|---|---|---|---|
| (Unsecured) | (Secured) | (Priority) | (Total) |

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

### 5. SECURED CLAIM.
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description:

| | P&I and Fees | Collateral | Arrearage |
|---|---|---|---|
| Real Estate | $0.00 | $0.00 | $0.00 |
| Motor Vehicle | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |

Value of Collateral: $0.00
Amount of arrerage and other charges at the time case filed included in secured claim, if any: $0.00

### 6. Unsecured Nonpriority Caim   $315.00
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

### 7. UNSECURED PRIORITY CLAIM.
☐ Check this box if you have unsecured priorty claim
Amount entited to priority $0.00

☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan- 11 U.S.C. § 507(a)(5).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units- 11 U.S.C. § 507(a)(8).
☐ Other- Specify applicable paragraph of 11 U.S.C. § 507(a) ( _____ )

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for purpose of making this proof of claim.

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclosed a stamp, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| | GALWAY FINANCIAL SERVICES, LLC /s/Lisa M Doherty |

**Penalty for presenting fraudulent claim:** Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.