```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

**In re**:                                            Case No. 13-40402 MEH

**REGINALD FRANKLIN BOYER and**                       Chapter 13
**SARA PATRICIA EVERETT-BOYER,**
                                                      **MOTION TO MODIFY CHAPTER 13 PLAN**
                   Debtors.
_____/

The above-named debtors apply to the court for an order to modify their Chapter 13 Plan as follows:

Debtors will pay $595.00 in April 2014 to the Trustee. Commencing May 2014, and continuing thereafter, Debtors will pay $1,230.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

The modification is sought on the following grounds: Mr. Boyer will be undergoing treatment for his liver disease in April 2014.

Dated: April 7, 2014

                                        /s/ Anne Y. Shiau
                                        ANNE Y. SHIAU
                                        Attorney for Debtors