

```
1   PATRICK L. FORTE, #80050
    ANNE Y. SHIAU, #273709
2   LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
3   Oakland, CA 94612
    Telephone: (510) 465-3328
4   Facsimile: (510) 763-8354

5   Attorneys for Debtors
```

The following constitutes
the order of the court. Signed November 5, 2015

_____
Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 13-40402 CN |
| **REGINALD FRANKLIN BOYER and SARA PATRICIA EVERETT-BOYER,** | Chapter 13 |
| Debtors. | ORDER APPROVING STIPULATION FOR ORDER TERMINATING AUTOMATIC STAY |
| _____/ | |

　　The parties having agreed to the terms set forth in the Stipulation Terminating Automatic Stay are bound by the terms of the Stipulation. The Stipulation filed on November 4, 2015, as docket #31, is hereby approved and made an Order of the court.

　　　　　　　　　　　　**END OF ORDER**

**COURT SERVICE LIST**

'No physical service required'