Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540

Trustee for Debtor(s)

Entered on Docket
September 14, 2016
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes
the order of the court. Signed September 13, 2016

_____
Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re                                                    Chapter 13 Case No. 13-40402-CN13
    Reginald Franklin Boyer
    Sara Patricia Everett-Boyer
                      debtor(s)

**ORDER TO EMPLOYER OF DEBTOR TO PAY EARNINGS TO TRUSTEE**

At Oakland on January 24, 2013, the Court appointed Martha G. Bronitsky, as Trustee to take charge of the earnings and wages to preserve the estate and to prevent loss thereto, and to insure that payment of necessary costs and fees.

That debtor, Reginald Franklin Boyer, is regularly employed by

Rubicon Programs
101 Broadway
Richmond, Ca 94804

**IT IS HEREBY ORDERED AND ADJUDGED AND DECREED THAT** the employer of the said debtor is hereby ordered and directed, until further notice from the Trustee, to deduct the sum of $1,230.00 per month from the debtor's paychecks or other income, and forward it directly to the said Trustee, MARTHA G. BRONITSKY, PO BOX 8007, Chicago, IL 60680-1007, unless otherwise directed by the Chapter 13 Trustee. Said deductions are to commence immediately upon the receipt of this order by said employer; and it is further ordered that said

Page 1 of 3

employer notify said Trustee if the employment of said debtor be terminated and the reason for such termination. Letters of termination shall be mailed to PO Box 5004, Hayward, CA 94540.

**IT IS FURTHER ORDERED** that all earnings or other income of the debtor, except the amounts required to be witheld by the provisions of any Federal or State law or regulation or insurance, pension or union dues agreement between the employer and the debtor, or by the order of this court, be paid to the said aforesaid debtor in accordance with the employer's usual payroll procedure, and that no deduction other than authorized or directed by this court be made by said employer.

**IT IS FURTHER ORDERED** that a copy of this order be mailed to the said employer forthwith, which shall be sufficient service thereof.

**IT IS FURTHER ORDERED** that this order be and remain in full force and effect until further notice from the Chapter 13 Trustee.

END OF ORDER

NO COURT SERVICE REQUIRED